# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNETH RAY PITTS,**  **PLAINTIFF**
**ADC #085938**

v.  CASE NO. 5:19-CV-00218 BSM

**SMITH, Sergeant,**
**Cummins Unit, ADC; et al.**  **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE